United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 10, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-51106
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

      v.

ANA TERESA ORTEGA

        Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, San Antonio
----------------------

Before JOLLY, HIGGINBOTHAM, and SMITH, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellant's unopposed motion to remand case to the United States District Court for the Western District of Texas, San Antonio Division, for resentencing is GRANTED;

IT IS FURTHER ORDERED that appellant's unopposed motion in the alternative to extend time to file appellant's brief until ten (10) days from the Court's denial of appellant's motion to remand case is DENIED AS MOOT.